MATTHEW A. CAVANAUGH
Nevada Bar No. 11077
Matthew.Cavanaugh@lewisbrisbois.com
STEVEN L. FOREMASTER
Nevada Bar No. 10350
Steven.Foremaster@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant Sherry Dudley Swing*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELISEO FRIJOL LUGO,<br><br>Plaintiff<br><br>vs.<br><br>SHERRY DUDLEY SWING,<br><br>Defendants | CASE NO.: 2:23-cv-02095-CDS-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff ELISEO FRIJOL LUGO ("Plaintiff") and Defendant SHERRY DUDLEY SWING ("Defendant") (collectively "Parties"), by and through their respective counsel of record, as follows:

1.    That the case shall be dismissed with prejudice, with the Parties to bear their own individual costs and attorneys' fees.

2.    That the trial scheduled in this matter and all associated dates shall be VACATED; and;

3.    That the Parties may obtain the return of their jury demand fees, if any, previously submitted to the Court.

///

**HEREBY STIPULATED BY THE FOLLOWING COUNSEL OF RECORD**

Dated this _____ day of _____, 2024.

**THE702FIRM**

Dated this _____ day of _____, 2024.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

_/s/ Matthew P. Pawlowski_

Michael C. Kane
Nevada Bar No. 10096
Bradley J. Myers
Nevada Bar No. 8857
Matthew P. Pawlowski
Nevada Bar No. 9889
THE702FIRM INJURY ATTORNEYS
8335 W. Flamingo Road
Las Vegas, NV 89147
Tel: 702-776-3333
Fax: 702-505-9787
service@the702firm.com
*Attorneys for Plaintiff*

_/s/  Matthew A. Cavanaugh_

DARRELL D. DENNIS
Nevada Bar No. 006618
MATTHEW A. CAVANAUGH
Nevada Bar No. 11077
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.338
*Attorneys for Defendant*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Upon Stipulation of the Parties by and through their respective counsel of record:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the case be dismissed, with prejudice, with the parties to bear their own individual costs and attorneys' fees; and it is further

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, that the Parties may obtain the return of their jury demand fees, if applicable, previously submitted to the Court.

The Clerk of Court is kindly instructed to close this case.

Dated: March 1, 2024

_____
UNITED STATES DISTRICT COURT

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP


_____/s/ Matthew A. Cavanaugh_____
DARRELL D. DENNIS
Nevada Bar No. 006618
MATTHEW A. CAVANAUGH
Nevada Bar No. 11077
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.338
*Attorneys for Defendant*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW